**Mark A. JERNIGAN, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 03–3217.

United States Court of Appeals, Federal Circuit.

July 8, 2004.

George S. Freedman, Principal Attorney, Lester, Loving, Edmond, OK, for Petitioner.

David Harrington, Principal Attorney, Brian M. Simkin, Of Counsel, David M. Cohen, Of Counsel, Department of Justice, Washington, DC, for Respondent.

Before MAYER, Chief Judge, RADER and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.